# EXHIBIT A




# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No **2000456534**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **47TH PCT.** | | | | | | **OPEN** |

| Invoice Date | Property Type | | | | | Property Category |
|---|---|---|---|---|---|---|
| **08/10/2015** | **CURRENCY** | | | | | **FORFEITURE** |

| Officers | Rank | Name | Tax No | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | PITTS, BYRAN | 927362 | NBBX | OCME. EU No. | |
| Arresting | POM | HERNANDEZ, WILBERT | 932787 | NBBX | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | Cash | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CASH | USC $100 BILL | 100.00 | 39799867 | 1 | |
| 2 | 2 | CASH | USC $50 BILL | 100.00 | 39799867 | 2 | |
| 3 | 40 | CASH | USC $20 BILL | 800.00 | 39799867 | 40 | |
| 4 | 16 | CASH | USC $10 BILL | 160.00 | 39799867 | 16 | |
| 5 | 9 | CASH | USC $5 BILL | 45.00 | 39799867 | 9 | |
| 6 | 6 | CASH | USC $1 BILL | 6.00 | 39799867 | 6 | |
| | | Total Cash Value | 1211.00 | | | |

**REMARKS:**
927362 08/10/2015 22:05 : THE ABOVE ITEMS ARE TO BE VOUCHERED AS ARREST EVIDENCE FOR COUR PRESENTATION. ASSET FORFEITURE NOTIFIED LOG#15-S1465.

927362 08/10/2015 22:14 : THE ABOVE ITEMS ARE TO BE VOUCHERED AS ARREST EVIDENCE FOR COURT PRESENTATION. NARCOTICS SALE TO A U/C PO. SILA RECOVERED PRBM & ADDITIONAL USC. ASSET FORFEITURE NOTIFIED LOG#15-S1465.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|
| 08/10/2015 | 220.39/CSCS | FELONY | N/A | | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1  T___, E___ | | 26 | | B15647908 | 05328926N |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | NOLASCO, JUAN | | , NY | |
| Owner(s) | T___, E___ | | | |
| Complainant(s) | PSNY | | | |
| Complaint No. | N/A | | | |


Invoice No **2000456534**

Arresting Officer Copy
printed: 08/10/2015 22:25

PCD Storage No. --

Page No 1 of 2

**DEF000096**


# NYPD PETS — PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)



Invoice No **2000456534**

| | | | | | | |
|---|---|---|---|---|---|---|
| Related-Comp No (s) | N/A | | | | | |
| Aided/Accident No.(s) | N/A | | | | | |
| Related Invoice(s) | N/A | | | | | |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | PITTS, BYRAN | 927362 | NBBX | 08/10/2015 | 21:31 |
| Invoicing Officer | DT3 | PITTS, BYRAN | 927362 | NBBX | 08/10/2015 | 22:24 |
| Approved By | SGT | SCHULZ, PETER | 937507 | NBBX | 08/10/2015 | 22:24 |



Invoice No **2000456534**
Arresting Officer Copy
printed: 08/10/2015 22:25

PCD Storage No. --

**DEF000097**