# EXHIBIT B




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)

Invoice No. **2000456551**

| | |
|---|---|
| Invoicing Command: **47TH PCT.** | Invoice Status: **OPEN** |
| Invoice Date: **08/10/2015** | Property Category: **ARREST EVIDENCE** |
| Property Type: **CURRENCY** | |

| Officers | Rank | Name | Tax No. | Command |
|---|---|---|---|---|
| Invoicing | DT3 | PITTS, BYRAN | 927362 | NBBX |
| Arresting | POM | HERNANDEZ, WILBERT | 932767 | NBBX |
| Investigating | N/A | | | |
| Det Squad Supervisor | N/A | | | |
| CSU/ECT Processing | N/A | | | |

OCME EU No.: 
OCME FB No.: 
Police Lab Evid. Ctrl. No.: 
Det Sqd. Case No.: N/A
CSU/ECT Run No.: N/A

| Item | Total QTY | Article(s) | Cash | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CASH | USC $20 BILL  SERIAL NO.: GE80181064C | 20.00 | 1202397294 | 1 | |
| 2 | 1 | CASH | NON-COUNTABLE CASH | 0.00 | 1202397294 | 1 | |
| | | Total Cash Value | 20.00 | | | |

**REMARKS:**
927362 08/10/2015 22:37 : THE ABOVE ITEMS ARE TO BE VOUCHERED AS ARREST EVIDENCE FOR COURT PRESENTATION.

Receipt: **REFUSED**

| Date Of Incident | Penal Code/Description | Crime Classification | Related To |
|---|---|---|---|
| 08/10/2015 | 220.39/CSCS | FELONY | N/A |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1 TITER, BRENTON | ■■■■ 1988 | 26 | 4381 MATILDA AVENUE, BRONX, NY | B15647908 | 05328926N |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | NOLASCO, JUAN | | , NY | |
| Owner(s) | TITER, BRENTON | | 4381 MATILDA AVENUE, BRONX, NY | |
| Complainant(s) | PSNY | | | |

Complaint No.: N/A
Related Comp No.(s): N/A
Aided/Accident No.(s): N/A
Related Invoice(s): N/A


Invoice No. **2000456551**

Arresting Officer Copy
printed: 08/10/2015 22:45

PCD Storage No. —
Page No. 1 of 2

**DEF000162**




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **2000456551**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | PITTS, BYRAN | 927362 | NBBX | 08/10/2015 | 22:29 |
| Invoicing Officer | DT3 | PITTS, BYRAN | 927362 | NBBX | 08/10/2015 | 22:44 |
| Approved By | SGT | SCHULZ, PETER | 937507 | NBBX | 08/10/2015 | 22:44 |



Invoice No. **2000456551**

**Arresting Officer Copy**
printed: 08/10/2015 22:45

PCD Storage No. --

Page No. 2 of 2

**DEF000163**